IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JORGE RIVERA, | § | |
| | § | No. 455, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1210010331 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 11, 2015
Decided: September 14, 2015

**O R D E R**

This 14th day of September 2015, it appears to the Court that, on August 24, 2015, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from a decision of a Superior Court Commissioner. The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice